McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
Brandon M. Fish, #203880
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE SOFIENE COMPANY, LLC., dba VALLEY MEDICAL TRANSPORT; KRISTINE JONES; ESTATE OF BARRY JONES; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　　Defendant. | Case No. 1:15-cv-00150 JLT<br><br>**STIPULATION TO EXTEND TIME FOR NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA TO RESPOND TO COMPLAINT [Local Rules 143 and 144]**<br><br>**(Doc. 5)** |

　　　Plaintiff, Western World Insurance Company ("Western World") and Defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), by and through their counsel of record, stipulate pursuant to Local Rules 143 and 144 of the United States District Court, Eastern District of California, as follows:

　　　WHEREAS, on February 5, 2015, Western World served its Complaint in this action on National Union.

　　　WHEREAS, National Union's response to Western World's Complaint is due on or before February 26, 2015.

　　　WHEREAS, The Sofiene Company is a mutual insured of Western World and National Union,

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION TO EXTEND TIME FOR NATIONAL UNION TO COMPLAINT

1 and is a defendant in the underlying action, *Jones v. The Sofiene Company, LLC, et al.*, Kern County
2 Superior Court, Case No. S-1500-CV-282327 (the "*Jones* action").

3     WHEREAS, there is currently a mediation scheduled in the *Jones* action on March 25, 2015,
4 and if a settlement is reached during this mediation, the issues presented in Western World's
5 Complaint may be resolved.

6     WHEREAS, no other parties have made an appearance in this action, and this Stipulation only
7 affects Western World and National Union.

8     WHEREAS, no prior extension has been provided to National Union to respond to Western
9 World's Complaint.

10     THEREFORE, WESTERN WORLD AND NATIONAL UNION STIPULATE, that:

11     1.    National Union's time to respond to Western World's Complaint shall be extended a
12 total of thirty-five (35) days from February 26, 2015, so that National Union's response to Western
13 World's Complaint is now due on or before April 2, 2015.

14     IT IS SO STIPULATED.

15 Dated:  February 25, 2015      MINEHAN, McFAUL & FITCH, LLP

By: /s/
James M. McFaul
Thomas M. Fitch
Michael C. Pasternak
Attorneys for Plaintiff, WESTERN WORLD
INSURANCE COMPANY

Dated:  February 25, 2015      McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/
Patrick Fredette
Brandon M. Fish
Attorneys for Defendant, NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION TO EXTEND TIME FOR NATIONAL UNION TO COMPLAINT

1

2  IT IS SO ORDERED.

3   Dated:   **March 12, 2015**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE
4

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
STIPULATION TO EXTEND TIME FOR NATIONAL UNION TO COMPLAINT