1
2
3
4
5
6
7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11   WESTERN WORLD INSURANCE        )   Case No.: 1:15-cv-00150 --- JLT
     COMPANY,                        )
12                                   )   ORDER AFTER NOTICE OF SETTLEMENT
                 Plaintiff,          )
13                                   )   (Doc. 9)
14        v.                         )
                                     )
15   THE SOFIENE COMPANY, LLC, et al., )
                                     )
16               Defendants.         )
     _____ )

17        On April 7, 2015, Plaintiff notified the Court that the parties had reached a settlement in

18   principle.  (Doc. 9)  This settlement depends upon the finalization of a case pending in the Kern County

19   Superior Court. Id. at 2.   Thus, pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

20        1.       The stipulated request for dismissal **SHALL** be filed no later than **June 5, 2015**;

21        2.       In the stipulated dismissal, the parties **SHALL** indicate whether each consents to

22                 magistrate judge jurisdiction for purposes of processing the dismissal;

23        3.       All pending dates, conferences and hearings are **VACATED** and any pending motions

24                 are ordered **TERMINATED**.

25

26   IT IS SO ORDERED.

27        Dated:   __**April 8, 2015**__              _____**/s/ Jennifer L. Thurston**_____
28                                                    UNITED STATES MAGISTRATE JUDGE