**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE SOFIENE COMPANY, LLC dba VALLEY MEDICAL TRANSPORT; KRISTINE JONES; ESTATE OF BARRY JONES; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,,<br><br>　　　　　　Defendant. | ) Case No.: 1:15-cv-00150 - --- - JLT<br>)<br>) ORDER DIRECTING CLERK OF THE COURT<br>) TO CLOSE THIS ACTION PURSUANT TO<br>) PLAINTIFF'S NOTICE OF VOLUNTARY<br>) DISMISSAL<br>)<br>) (Doc. 11)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　On June 3, 2015 Plaintiff Western World Insurance Company filed a Notice of Voluntary Dismissal (Doc. 11) pursuant to Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required to effectuate the dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).   Because the defendants had not yet filed responsive pleadings, Plaintiff was able to file a notice of dismissal, which "automatically terminate[d] the action." *Wilson*, 111 F.3d at 692.

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **June 5, 2015**                         /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE